## 26596. SMITH *v.* RODGERS.

SUTTON, J. While no declaration need be filed in a justice's court in aid of an attachment, the failure of the plaintiff to file at the first term a declaration in aid of an attachment returnable to the superior court is such a serious defect as to make it impossible for a valid judgment to be rendered in the case. The requirement of the statute (Code, § 8-601) is mandatory. *Callaway* v. *Maxwell*, 123 *Ga.* 208 (51 S. E. 320) ; *Nixon* v. *Russell Piano Co.*, 51 *Ga. App.* 399 (180 S. E. 743) ; *Nelts* v. *Reed*, 54 *Ga. App.* 408 (188 S. E. 71). Accordingly, where the plaintiff in the present case sued out, in a justice's court, an attachment which was made returnable to the superior court and directed "to all and singular the sheriffs and constables" of the State, a levy on real estate being made by the sheriff of the county, and the plaintiff proceeding to trial without filing a declaration at the first term, the court did not err in dismissing the attachment proceeding on motion made on the trial of the case.

*Judgment affirmed. Stephens, P. J., and Felton, J., concur.*

DECIDED JANUARY 14, 1938.

*Lawton Nalley,* for plaintiff. *O. J. Coogler,* for defendant.